# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Anti-Age Technologies, LLC | ) |
| | ) Case No. 1: 23-cv-15810 |
| v. | ) |
| | ) Judge: Hon. Mary M. Rowland |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) Magistrate: Hon. Jeannice W. Appenteng |
| IDENTIFIED ON SCHEDULE A | ) |
| | ) |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 53 | heidizhou516 | A2VWL1HOG39ODR |

dismisses them from the suit without prejudice.

Dated this 17th Day of August 2024.        Respectfully submitted,

                                           By:    s/David Gulbransen/
                                                  David Gulbransen
                                                  Attorney of Record
                                                  Counsel for Plaintiff

                                                  David Gulbransen (#6296646)
                                                  Law Office of David Gulbransen
                                                  805 Lake Street, Suite 172
                                                  Oak Park, IL 60302
                                                  (312) 361-0825 p.
                                                  (312) 873-4377 f.
                                                  david@gulbransenlaw.com